IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-02710-RPM

THE GILBERT LAW GROUP, A PROFESSIONAL CORPORATION,

    Plaintiff,
v.

THE GILBERT LAW FIRM, LLC, and
CHRISTOPHER K. GILBERT,

    Defendants.

_____

### ORDER DENYING MOTION TO DISMISS
_____

Upon review of the Motion to Dismiss [Doc. 18], it is

ORDERED that the motion is denied.

DATED: February 23rd, 2016

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior Judge